IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rover Pipeline LLC,　　　　　　　　　　　　　　　　Case No. 3:17CV225

　　　　　Plaintiff,

　　　　v.　　　　　　　　　　　　　　　　　　　　　**ORDER**

Brian D. Rohrs, Trustee, *et al.*,

　　　　　Defendants.

　　　In anticipation of a court ordered mediation as set forth herein, plaintiff Rover Pipeline, LLC is directed to file, by March 3, 2017, two spreadsheets for all defendant properties for which there is not an agreement.

　　　The first spreadsheet shall identify: (1) all remaining defendant properties that are wooded and will require tree-clearing before pipeline construction activities can take place; (2) whether service has been perfected as to each property; (3) whether notice of the preliminary injunction hearing has been provided to the landowners who are not represented by counsel of record; and (4) counsel of record, if any, for each property.

　　　The second spreadsheet shall identify: (1) all non-wooded properties that will not require tree-clearing before pipeline activities can take place; (2) whether service has been perfected as to each property; (3) whether notice of the preliminary injunction hearing has been provided to the landowners who are not represented by counsel of record; and (4) counsel of record, if any, for each property.

　　　Rover shall file updated spreadsheets on March 8, 2017.

For all properties for which plaintiff has entered into an agreement and for which no further court action is necessary, plaintiff shall file a notice of dismissal.

Additionally, as to all parties that have not settled, the Court refers this matter to mediation before Magistrate Judge Kathleen B. Burke on March 6, 2017 in Akron, Ohio.

It is hereby ORDERED THAT:

1. Rover, and all represented parties that have not entered into a settlement agreement with Rover, through a person with full settlement authority to enter into settlement agreements, must report to the John F. Seiberling Federal Building and U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308, by 8:30 AM on March 6, 2017. A party represented by counsel in attendance need not appear, provided that counsel has full settlement authority; and

2. Unrepresented parties may, but are not required to, participate in the above-mentioned mediation.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge