IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rover Pipeline LLC,                                Case No. 3:17CV225

          Plaintiff

          v.                                      **ORDER**

Brian D. Rohrs, Trustee, et al.,

          Defendants

On review of the docket in this case, it is hereby

ORDERED THAT:

1.      Burns defendants' motion for leave to file an opposition brief in excess of the page limitations specified in this court's local rules (Doc. 147) be, and the same hereby is, granted;

2.      Burns defendants' motion for a status conference and to refrain from signing any order requested by Rover (Doc. 148) be, and the same hereby is, denied, given that the court: 1) conducted a status conference on February 23, 2017; and 2) intends to proceed with a hearing on Rover's motion for a preliminary injunction, consistent with Federal Rules of Civil Procedure 65 and 71.1;

3.      Burns defendants' motion for leave to conduct expedited discovery (Doc. 149) be, and the same hereby is, denied as moot in light of the court's February 23, 2017 order

  directing the parties to prepare a discovery plan and notify the undersigned of any problems;

4. Hornish and other defendants' motion for extension of time until April 7, 2017, in which to file an answer (Doc. 157) be, and the same hereby is, granted, provided that the dates previously set for the briefing of, and the hearing on, the motion for a preliminary injunction remain in effect;

5. Hornish and other defendants' motion to stay briefing on Rover's motion to appoint a commission (Doc. 158) be, and the same hereby is, granted;

6. Cassidy defendants' motion for extension of time until March 13, 2017, in which to file a response to Rover's motion to appoint a commission (Doc. 159) be, and the same hereby is, denied as moot;

7. Hornish and other defendants' motion to seal exhibit B to the deposition of Mark Vedral (Doc. 176) be, and the same hereby is, granted; and

8. Miscellaneous defendants' motion for extension of time until March 8, 2017, in which to file an answer (Doc. 178) be, and the same hereby is, granted, provided that the dates previously set for the briefing of, and the hearing on, the motion for a preliminary injunction remain in effect.

So ordered.

        /s/ James G. Carr
        Sr. U.S. District Judge