# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **ROVER PIPELINE LLC,** | ) |
| *Plaintiff,* | ) Case No.:3:17-CV-225 |
| vs. | ) Judge: James G. Carr |
| **BRIAN D. ROHRS**, *et al*. | ) |
| *Defendants.* | ) **ORDER** |

This matter came before this Court on a Motion for Temporary Restraining Order (Docket No. 272) filed by Plaintiff Rover Pipeline LLC ("Plaintiff") against landowner tenant Wayne Hardy ("Hardy"). This Court conducted a phone conference with Plaintiff represented by Daniel Hyzak on this matter. Upon review of the Motion filed by Plaintiff, the affidavits and evidence presented therein, and after hearing arguments of counsel, this Court hereby GRANTS the Motion for Temporary Restraining Order.

It is hereby ordered that:

1. The temporary restraining order hereby issued shall be effective upon acquisition of personal service of the Complaint, Summons, Motion for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction, and this Order, or, in the event Plaintiff, with due diligence, is unable to locate Hardy, upon placing a copy of the above described documents on each entrance to Hardy's residence located at 6674 Carpenter Rd., Defiance, OH 43512; and

2. Hardy is hereby restrained from in any way interfering with any of Plaintiff's pipeline construction, operation, or maintenance activities. Mr. Hardy shall not engage in any type of physical or verbal confrontation with Plaintiff's construction workers, interfere with any of Plaintiff's construction activities, equipment, or engage in any manner which is designed to harass, intimidate, disrupt, or otherwise impede construction, operation or maintenance activities; and

3. A hearing on Plaintiff's application for permanent injunction is hereby scheduled for May 25, 2017 at 9:00 a.m. in Courtroom 224 before Judge James G. Carr.

**IT IS SO ORDERED.**

**May 19, 2017**                            **/s/ James G.Carr**
**Date**                                                 **Sr. U.S. District Court Judge**