**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ROVER PIPELINE LLC,** | ) | **Case No.:3:17-CV-00225** |
| *Plaintiff,* | ) ) | **Judge: James G. Carr** |
| **vs.** | ) | |
| **BRIAN D. ROHRS , *et al*.** | ) ) | |
| *Defendants.* | ) ) | **ORDER** |
| | ) ) | |

This matter came before this Court on a Motion for Preliminary and Permanent Injunction (Docket No. 272) filed by Plaintiff Rover Pipeline LLC ("Plaintiff") against landowner tenant Wayne Hardy ("Mr. Hardy"). This matter was set for hearing on May 25, 2017, at 9:00 a.m. in Courtroom 224 before the Honorable Judge Carr. Mr. Hardy failed to appear at the designated time and place, despite having been personally served with the Order setting the hearing (Docket No. 273) personally on May 19, 2017. This Court conducted a phone conference with Plaintiff represented by Bruce Moore on this matter and determined Mr. Hardy to be in default. Upon review of the Motion filed by Plaintiff, the affidavits and evidence presented therein, and after hearing arguments of counsel, this Court hereby GRANTS the Motion for Preliminary and Permanent Injunction.

It is hereby ordered that:

(1.) The preliminary and permanent injunction hereby issued shall be effective upon acquisition of personal service of this Order, or, in the event Plaintiff, with due diligence, is unable to locate Mr. Hardy, upon placing a copy of the above described documents on each entrance to Mr. Hardy's residence located at 6674 Carpenter Rd., Defiance, OH 43512; and

(2.) Mr. Hardy is hereby restrained from in any way interfering with any of Plaintiff's pipeline construction, operation, or maintenance activities. Mr. Hardy shall not engage in any type of physical or verbal confrontation with Plaintiff's construction workers, interfere with any of Plaintiff's construction activities, equipment, or engage in any manner which is designed to harass, intimidate, disrupt, or otherwise impede construction, operation or maintenance activities.

(3.) This Order will remain in full force and effect until the Plaintiff has fully constructed its pipeline, and performed any necessary land remediation.

**IT IS SO ORDERED.**

5/26/17
_____

**Date**

/s/ James G. Carr
_____

**Judge James G. Carr**
**Sr. U.S. District Court Judge**