# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **Rover Pipeline LLC,** | : | Case No. 3:17-CV-225 |
| **Plaintiff** | : | |
| v. | : | ORDER |
| **Brian D. Rohrs,** *et al.*, | : | |
| **Defendants** | : | |

On April 16, 2018, the Court held a telephone conference on the record with counsel. This Order confirms the following rulings made during the conference.

- The parties have no objection to the Court's appointment of any of the five proposed Commissioners or their proposed compensation, and Rover Pipeline agrees that it is obligated to pay their compensation. Accordingly, the Court appoints the Commissioners listed in its earlier order, *see* docket no. 328.

- The parties will file a joint proposed scheduling order on or before May 7, 2018. All deadlines contained in prior scheduling orders are vacated.

- The Court will hold a telephone conference at 10:00 am on May 8, 2018, using the same call-in numbers as were used for the April 16, 2018 telephone conference.

- The Court will hold a conference on May 21, 2018 at 3:00 p.m. to discuss case management.

**IT IS SO ORDERED.**

/s/ James G. Carr
**JAMES G. CARR**
**SENIOR UNITED STATES DISTRICT JUDGE**

**DATED**: April 18, 2018