Appraisal Institute®
*Professionals Providing Real Estate Solutions*

# The Appraisal of Real Estate

14th Edition

Appraisal Institute • 200 W. Madison • Suite 1500 • Chicago, IL 60606 • www.appraisalinstitute.org

The Appraisal Institute advances global standards, methodologies, and practices through the professional development of property economics worldwide.

of the responsibilities inherent in the use of reports prepared by others. (These types of concerns are addressed in the Appraisal Institute's Guide Note 4 and Standards Rule 2-3 of the Uniform Standards of Professional Appraisal Practice.) The appraiser or appraisers signing the certification bear the ultimate responsibility for the assignment. That is, any appraiser who signs any portion of an appraisal report must sign the certification. With a comprehensive view of the assignment, the appraiser can recognize the type and volume of work to be done and schedule and delegate that work properly.

The appraiser's work plan usually includes an outline of the proposed appraisal report. The major parts of the report are delineated, and the data and procedures involved in each section are noted. Using this outline, data can be assembled intelligently and the appropriate amount of time can be allocated to each step in the valuation process.

## Data Collection and Property Description

Following the preliminary analysis (i.e., the identification of the appraisal problem and determination of the scope of work), the appraiser gathers data on the market area, the subject property, and comparable
(1) properties in the market. The data needed by appraisers can be divided into general data and specific data.

General data includes information about trends in the social, economic, governmental, and environmental forces that affect property value in the defined market area. A trend is a momentum or tendency in a general direction brought about by a series of interrelated changes. Trends such as population shifts, declining office building occupancy rates, and increased housing starts in a market area are identified by
(2) analyzing general data. General data can contribute significantly to an appraiser's understanding of the marketplace.

Specific data relates to the property being appraised and to comparable properties. This data includes legal, physical, locational, cost, and income and expense information about the properties and the details of comparable sales. Financial arrangements that could affect selling prices are also considered.

Data on comparable properties can be either general data that an appraiser has on file or specific data that must be gathered for a particular assignment. More often, comparable property data is specific supply and demand data that relates to the competitive position of properties similar to the subject. Supply data includes inventories of existing and proposed competitive properties, vacancy rates, and absorption rates. Demand data may consist of population, income, employment, and survey data pertaining to potential property users. From this data an estimate of future demand for the present or prospective use or uses of the subject property is developed.

The amount and type of data collected for an appraisal depend on the approaches used to develop an opinion of value and on the defined scope of work. In a given valuation assignment, more than one approach

to value is often appropriate and necessary to arrive at a value opinion. Depending on the problem or problems to be addressed, one approach may be given greater emphasis in deriving the final opinion of value. In conducting a particular assignment, the appraiser's judgment and experience and the quantity and quality of data available for analysis may determine which approach or approaches are used.

The data collected should be meaningful and relevant. All pertinent value influences, facts, and conclusions about trends should be clearly indicated in the report and related specifically to the property being appraised. Because the data selected forms the basis for the appraiser's judgments, a thorough explanation of the significance of the data reported ensures that the reader will understand these judgments.

Irrelevant data should be excluded because the inclusion of that data may detract from the credibility of the appraiser's analyses and conclusions. Data on prior sales of the subject property is almost always relevant. It is not sufficient to simply report the subject's sales history. When an opinion of market value is to be developed, professional standards require that the appraiser analyze all sales of the subject property that occurred in the three years prior to the date of value. Any agreements of sale (e.g., contracts), options, or listings that are current as of the date of appraisal and available in the normal course of business must also be analyzed. Listing the sales or other agreements is just a start.

Declining markets prove a challenge. In the 2013 market, analyzing sales of the subject property that occurred within the previous three years was difficult. Many agricultural, residential, industrial, and office properties went through the foreclosure process, and the titles to these properties were transferred to banks and other lenders. Information on the details of these transactions was often not available.

## Data Analysis

Once the appropriate data on the market area, subject property, and site has been collected and reviewed for accuracy, the appraiser begins the process of data analysis, which has two components: market analysis and highest and best use analysis. Even the simplest valuation assignments must be based on a solid understanding of prevalent market conditions and the highest and best use of the real estate. The two forms of analysis are related. In fact, an appraiser's investigation into trends affecting the economic base of the market area leads directly into the determination of highest and best use.

### Market Analysis

Market analysis is a study of market conditions for a specific type of property. A description of prevalent market conditions helps the reader of an appraisal report understand the motivations of participants in the market for the subject property. Broad market conditions provide the background for local and neighborhood market influences that have direct bearing on the value of the subject property.